✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | Northern District Eastern Division |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 26cv6473 | 6/1/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Justine Osborne | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACH | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 6/2/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-226

**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Dachshund Standing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 09, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Justine Osborne |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justine Osborne |
| | 50 Watermoor Road, Cirencester, GL7 1LD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justine Osborne |
| **Email:** | paintmydog@googlemail.com |
| **Address:** | 50 Watermoor Road, Cirencester GL7 1LD United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 16, 2025 |
| **Applicant's Tracking Number:** | JO2025071601 |

