## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Justine Osborne

                                 Plaintiff,

v.

                                   Case No.:
                                   1:26–cv–06473
                                   Honorable John F.
                                   Kness

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

     MINUTE entry before the Honorable John F. Kness: An in–person hearing is set for 6/9/2026 at 9:45 a.m. in Courtroom 2125. In advance of the hearing, counsel should review this Court's opinion in *Eicher Motors Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto*, 794 F. Supp. 3d 543 (N.D. Ill. 2025). The 6/9 hearing will be stricken if Plaintiff elects to dismiss this action voluntarily. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.